PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RASHIKA PORTER, | ) | |
| | ) | CASE NO.  4:20-CV-2001 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORECIVIC, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

The Complaint in this case was filed on September 4, 2020. ECF No. 1. Fed. R. Civ. P. 4(m) requires the plaintiff to serve the summons and complaint upon the defendant within 90 days after the complaint is filed.  To date, Defendants CoreCivic, Inc., *et al.*, have not been served.  No later than ten (10) days from the date of this Order, Plaintiff shall show good cause why service of the summons and complaint was not timely made upon Defendants pursuant to Rule 4(m).  Absent such a showing, the action will be dismissed without prejudice for failure to prosecute. *Moncrief v. Stone*, 961 F.2d 595, 596 (6th Cir. 1992) (interpreting the predecessor to Rule 4(m)).

IT IS SO ORDERED.

  December 4, 2020              */s/ Benita Y. Pearson*
Date                          Benita Y. Pearson
                              United States District Judge