PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

RASHIKA PORTER,                           )
                                          )     CASE NO.  4:20-CV-2001
              Plaintiff,                  )
                                          )
        v.                                )     JUDGE BENITA Y. PEARSON
                                          )
CORECIVIC, INC., *et al.*,                )
                                          )
              Defendants.                 )     **ORDER**

The Court issued an Order requiring Plaintiff to show cause as to why service was not timely completed on Defendants.  ECF No. 3.  Plaintiff has since filed a Return of Service for Defendant CoreCivic, Inc. (ECF No. 6) and a Response to Show Cause Order (ECF No. 7).  In the Response, Plaintiff explains that the lack of service was due to administrative oversight and that process has now been delivered to CoreCivic for distribution to the individual Defendants. *Id.* at PageID #: 53.  Plaintiff requests a 60-day extension of time to perfect service on all Defendants.

Good cause having been shown pursuant to Fed. R. Civ. P. 4(m), the Court grants Plaintiff an additional 60 days from the date on which Defendants were originally supposed to have been served by, *i.e.*, Plaintiff has until February 1, 2021, to perfect service on all Defendants.

        IT IS SO ORDERED.


 December 15, 2020                    */s/ Benita Y. Pearson*
Date                                 Benita Y. Pearson
                                     United States District Judge