PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RASHIKA PORTER, | ) | |
| | ) | CASE NO.  4:20-CV-2001 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORECIVIC, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** [Resolving ECF No. 9] |

Pending before the Court is Defendants' Motion for Leave to Plead.  ECF No. 9.  The

Motion is granted.  For the reasons discussed below, the Court also dismisses Plaintiff's claims

against Defendant Officer Daniel without prejudice and prompts the remaining Defendants[1] to

file an answer.

**I.  Defendants' Motion for Leave to Plead Is Granted**

Defendants request "an additional 30 days, through and including January 29, 2021, to

answer, move, or otherwise plead."  *Id.* at PageID #: 68.  The Motion is granted.  Defendants'

Motion to Dismiss (ECF No. 11), filed on January 29, 2021, was, therefore, timely filed.

**II.  Plaintiff's Claims Against Officer Daniel Are Dismissed Without Prejudice**

On December 4, 2020, the Court ordered Plaintiff to show cause why the action should

not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 4(m).  ECF No. 3.  On

December 15, 2020, cause having been shown in Plaintiff's Response to Show Cause Order

---

[1]  Every Defendant save Officer Daniel is represented.  The Court, throughout this order, refers to all of the represented Defendants as "Defendants," and specifically refers to Officer Daniel as Defendant Officer Daniel.

(4:20-CV-2001)

(ECF No. 7), the Court granted Plaintiff an extension of time to serve Defendants until February 1, 2021. ECF No. 8. Service still has not been returned executed on any Defendant save CoreCivic, Inc (*see* ECF No. 6).

All of the Defendants save Defendant Officer Daniel, have, however, waived any objection to service by filing a Motion to Dismiss that does not include a service defense (ECF No. 11). *King v. Taylor*, 694 F.3d 650, 656 (6th Cir. 2012) ("By operation of the Federal Rules of Civil Procedure, a defendant who filed a motion under Rule 12, yet fails to raise in that motion the defense of insufficient service of process, forever 'waives' that defense.").

Because Defendant Officer Daniel has not waived the defense of insufficient service of process—nor, indeed, appeared at all—Plaintiff's claims against Defendant Officer Daniel are hereby dismissed without prejudice.

### III. Defendants Must File an Answer

Pursuant to the Court's Standing Order, Defendants must "file an answer to the complaint regardless of whether they have filed or plan to file a motion to dismiss. The filing of a motion to dismiss shall not delay the time in which the party must answer the complaint." Standing Case Management Conference Scheduling Order, at 5.

No later than ten (10) days from the date of this Order, Defendants shall file answers (or a joint answer) to the Complaint.

IT IS SO ORDERED.

   February 22, 2021                   */s/ Benita Y. Pearson*
Date                               Benita Y. Pearson
                                   United States District Judge