PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RASHIKA PORTER, | ) | CASE NO.  4:20-CV-2001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| CORECIVIC, INC., *et al.*, | ) | **ORDER** |
| | ) | [Resolving ECF No. 11] |
| Defendants. | ) | |

Pending is Defendants' Motion to Dismiss Plaintiff's Complaint, filed on January 29, 2021.  ECF No. 11.  On February 27, 2021, Plaintiff filed an Amended Complaint (ECF No. 13) pursuant to Fed. R. Civ. P. 15(a)(2).  Because the Amended Complaint (ECF No. 13) supersedes the original Complaint (ECF No. 1), to which Defendants' Motion (ECF No. 11) is directed, the Motion is denied as moot.  *See Clark v. Johnston*, 413 F. App'x 804, 811 (6th Cir. 2011) (citing 6 Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1476 (3d ed. 2010) (stating that "[a] pleading that has been amended under Rule 15(a) supersedes the pleading it modifies" and that "[o]nce an amended pleading is interposed, the original pleading no longer performs any function in the case")); *see also Drake v. City of Detroit, Mich.*, 266 F. App'x 444, 448 (6th Cir. 2008) ("[An amendment renders an original pleading] a nullity.").

IT IS SO ORDERED.

April 5, 2021                                  */s/ Benita Y. Pearson*
Date                                              Benita Y. Pearson
                                                   United States District Judge