IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| **RASHIKA PORTER,** | CASE NO. 4:20-cv-02001-BYP |
| Plaintiff, | |
| vs. | JUDGE BENITA Y. PEARSON |
| **CORECIVIC, Inc., et. al** | **MOTION TO STRIKE DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (ECF No. 16)** |
| Defendants. | |

NOW comes Plaintiff Rashika Porter, by and through undersigned counsel, and files this Motion to Strike Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 16) pursuant to Civ. R. 12(b)(6) filed with this Court on April 12, 2021. For cause, Plaintiff asserts Defendant's Motion should be struck due to its untimely filing under Civ. R. 12(b) due to Defendant having previously filed a responsive pleading to Plaintiff's First Amended Complaint on March 4, 2021 (ECF No. 14). As such, Plaintiff respectfully requests this Court strike Defendant's Motion. A Memorandum in Support is attached hereto and incorporated by reference as if fully rewritten herein.

Dated this 12th day of May, 2021.

Motion to Strike - 1

Respectfully Submitted,

/s/Seneca Konturas

Seneca Konturas, Esq.
Oh. Id. No. 0095328
P.O. Box 662
Aurora, Ohio 44202
Tel: (330)552-7117
Fax: (330)382-3052
Email: seneca@sk.legal
*Attorney for Plaintiff*

Motion to Strike - 2

**MEMORANDUM IN SUPPORT**

On Jan. 29, 2021, all Defendants other than Officer Daniel filed an original Motion to Dismiss Plaintiff's [original] Complaint (ECF No. 11).

On Feb. 22, 2021, this Court dismissed Plaintiff's claims against Officer Daniel, without prejudice, and ordered all other Defendants to file an answer to Plaintiff's Complaint (ECF No. 12).

Following this Court's Order, Plaintiff's counsel conferred with opposing counsel and gained Fed.R.Civ.P. 15(a)(2) consent to amend the original Complaint. Thereafter Plaintiff filed his Amended Complaint on Feb. 27, 2021 (ECF No. 13).

On March 4, 2021, the remaining Defendants filed their Answer to Plaintiff's First Amended Complaint (ECF No. 14).

On April 5, 2021, this Court issued an Order denying Defendant's original Motion to Dismiss as moot (ECF No. 15) as it solely related to Plaintiff's original Complaint, not Plaintiff's superseding First Amended Complaint.

Finally, on April 12, 2021, Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 16) for failure to state a claim upon which relief may be granted pursuant to Fed.R.Civ.P. 12(b)(6) (ECF No. 16).

Plaintiff now presents this Motion to Strike Defendants' Motion to Dismiss Plaintiff's First Amended Complaint due to Defendants' untimely filing of the same.

Fed.R.Civ.P. 12(b) HOW TO PRESENT DEFENSES states, in pertinent part, "a party may assert the following defenses by motion: *** (6) failure to state a claim upon which relief can be granted ***. A motion asserting any

Motion to Strike - 3

of these defenses *must* be made *before* pleading if a responsive pleading is allowed." (emphasis added)

Here, this Court denied Defendant's original Motion to Dismiss as moot following Plaintiff filing his First Amended Complaint because the First Amended Complaint superseded Plaintiff's original Complaint which no longer performed any function in the case. *Following* the filing of the First Amended Complaint and *prior to* Defendants filing their present Motion to Dismiss Plaintiff's First Amended Complaint, Defendants filed their Answer to Plaintiff's First Amended Complaint.

The rule in Fed.R.Civ.P. 12(b) is clear and unambiguous in its language stating, "a motion asserting any of these defenses must be made before pleading." Included in the list of defenses that must be moved for prior to filing a responsive pleading is a 12(b)(6) failure to state a claim upon which relief can be granted defense. This is the exact defense Defendants assert in their Motion to Dismiss. As Defendants' Motion to Dismiss was filed on Apr. 12, 2021, more than one month after Defendants' filed their responsive pleading answering Plaintiff's First Amended Complaint, their filing was out of rule and as such, must be struck as untimely.

WHEREFORE Plaintiff respectfully requests this honorable Court strike Defendants' Motion to Dismiss Plaintiff's First Amended Complaint as it was untimely filed under the Federal Rules of Civil Procedure 12(b).

Dated this 12th day of May, 2021.

Motion to Strike - 4

                                                Respectfully Submitted,

                                                /s/ Seneca Konturas

                                                Seneca Konturas, Esq.
                                                Oh. Id. No. 0095328
                                                P.O. Box 662
                                                Aurora, Ohio 44202
                                                Tel: (330)552-7117
                                                Fax: (330)382-3052
                                                Email: seneca@sk.legal
                                                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of May, 2021, a copy of this Plaintiff's Motion to Strike Defendant's Motion to Dismiss Plaintiff's First Amended Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail, postage pre-paid. Parties may access this filing through the Court's system.

                                                Respectfully Submitted,

                                                /s/ Seneca Konturas
                                                Seneca Konturas, Esq. (0095328)

Motion to Strike - 5