PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RASHIKA PORTER, | ) | |
| | ) | CASE NO.  4:20-CV-2001 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORECIVIC, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** [Resolving ECF No. 17] |

Pending is Plaintiff's Motion to Strike Defendants' Motion to Dismiss.[1] ECF No. 17.

Plaintiff argues that because Defendants moved to dismiss the Amended Complaint pursuant to

Fed. R. Civ. P. 12(b)(6) after filing a responsive pleading (ECF No. 14), the Motion to Dismiss is

out of rule.  While this is technically correct, the Court opts to construe Defendants' Motion to

Dismiss as a Motion for Judgment on the Pleadings.  *See, e.g.*, *Satkowiak v. Bay Cnty. Sheriff's*

*Dept.*, 47 F. App'x 376, 377 n.1 (6th Cir. 2002).  Plaintiff's Motion is denied.  Plaintiff shall file

a substantive response to Defendants' Motion no later than May 21, 2021.


IT IS SO ORDERED.


  May 14, 2021                                            */s/ Benita Y. Pearson*
Date                                                     Benita Y. Pearson
                                                         United States District Judge

---

[1]  The Court notes that the Motion to Dismiss lacks a certification that Defendants conferred with Plaintiff before filing their Motion.  Defense counsel is reminded of this obligation.  *See* Standing Case Management Conference Scheduling Order, at 5. Additional discussions between the parties may have been particularly helpful in this case given that the Amended Complaint was apparently filed pursuant to Defendants' consent. ECF No. 13 at PageID #: 86.