PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RASHIKA PORTER, | ) | |
| | ) | CASE NO.  4:20-CV-2001 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORECIVIC, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | **ORDER** |

Plaintiff has filed a Notice of Rule 41 Dismissal.  ECF No. 19.  More information is needed.  The conditions for a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) have not been met.  Defendants have responded (ECF Nos. 14, 16), rendering Rule 41(a)(1)(A)(i) inapplicable.  Defendants have not signed the stipulation of dismissal, rendering Rule 41(a)(1)(A)(ii) inapplicable.  Should Plaintiff seek an order from the Court dismissing the instant action pursuant to Rule 41(a)(2), he must provide more information about the reasons for the dismissal.  No later than June 8, 2021, Plaintiff shall supplement his Notice to specify the subsection of Rule 41 he invokes in seeking dismissal and show that the requirements for dismissal under that subsection are met.

IT IS SO ORDERED.

June 1, 2021
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge