Approved.
/s/ *Benita Y. Pearson* on 6/8/2021
United States District Judge

## IN THE UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF OHIO

### EASTERN DIVISION

| | |
|---|---|
| **RASHIKA PORTER,** | CASE NO. 4:20-cv-02001-BYP |
| Plaintiff, | |
| vs. | JUDGE BENITA Y. PEARSON |
| **CORECIVIC, Inc., et. al** | **NOTICE OF RULE 41(a)(1)(A)(ii) DISMISSAL** |
| Defendants. | |

NOW comes Plaintiff Rashika Porter, by and through undersigned counsel, and with the stipulated agreement of opposing counsel as noted based on the signature of all parties hereto, hereby dismisses the above-captioned matter pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Dated this 7th day of June, 2021.

Respectfully Submitted,

/s/Seneca Konturas

Seneca Konturas, Esq.
Oh. Id. No. 0095328
P.O. Box 662
Aurora, Ohio 44202
Tel: (330)552-7117
Fax: (330)382-3052
Email: seneca@sk.legal
*Attorney for Plaintiff*

Notice of Dismissal - 1

/s/Timothy J. Bojanowski
Timothy J. Bojanowski (0016162)
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel: (480)420-1600
Fax: (480)420-1693
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June, 2021, a copy of this Plaintiff's Notice of Rule 41 Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail, postage pre-paid.  Parties may access this filing through the Court's system.

Respectfully Submitted,

/s/ Seneca Konturas
Seneca Konturas, Esq. (0095328)

Notice of Dismissal - 2